**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: John David Blauch Jr.        BK NO. 25-00178 HWV
                Debtor(s)

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of VANDERBILT MORTGAGE AND FINANCE, INC. and index same on the master mailing list.

    Respectfully submitted,

/s/ Matthew Fissel
Matthew Fissel
21 May 2025, 08:34:36, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322