IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Harrisburg Division*

| | |
|---|---|
| IN RE:<br>JOHN DAVID BLAUCH, JR<br><br>Wells Fargo Bank, N.A.,<br>    Movant<br><br>vs.<br><br>JOHN DAVID BLAUCH, JR ,<br>    Debtor | Case No. 1:25-bk-00178-HWV<br>Chapter 13 |

**WITHDRAWAL OF OBJECTION TO CONFIRMATION OF PLAN**

Wells Fargo Bank, N.A. ("Movant"), by and through its legal counsel, hereby withdraws its OBJECTION TO CONFIRMATION OF PLAN filed on May 16, 2025, Doc # 21.

This 16th day of July, 2025.

*/s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Ryan Srnik, PA Bar No. 334854
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

»

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Harrisburg Division*

| | |
|---|---|
| IN RE:<br>JOHN DAVID BLAUCH, JR | Case No. 1:25-bk-00178-HWV<br>Chapter 13 |
| Wells Fargo Bank, N.A.,<br>      Movant | |
| vs. | |
| JOHN DAVID BLAUCH, JR ,<br>      Debtor | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Withdrawal of Objection to Confirmation of Plan has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

Leonard Zagurskie, Jr, Debtor's Attorney
110 West Main Ave, 1st Floor
Myerstown, PA 17067
lzaglaw.usa@startmail.com


Jack N Zaharopoulos, Bankruptcy Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Asst. U.S. Trustee, US Trustee
1501 N. 6th St
Harrisburg, PA 17102


Via First Class Mail:

JOHN DAVID BLAUCH, JR
9 JOSEPH AVENUE
LEBANON, PA 17042

Case 1:25-bk-00178-HWV    Doc 38    Filed 07/16/25    Entered 07/16/25 14:55:15    Desc
Main Document      Page 2 of 3

Date: <u>July 16, 2025</u>

<u>*/s/Mario Hanyon*</u>
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Ryan Srnik, PA Bar No. 334854
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com